NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA 04-1008

STATE OF LOUISIANA

VERSUS

CARL ADRIAN MARZETTE

**********

APPEAL FROM THE
THIRTY-SIXTH JUDICIAL DISTRICT COURT
PARISH OF BEAUREGARD, NO. CR651-2003
HONORABLE STUART S. KAY JR., DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Marc T. Amy, and Michael G. Sullivan, Judges.

AFFIRMED IN PART & REMANDED IN PART.

Honorable David W. Burton
District Attorney
36th Judicial District Court
P. O. Box 99
DeRidder, LA 70634
(337) 463-5578
Counsel for: Plaintiff/Appellee
State of Louisiana

**Charles Foti, Jr.**
**Attorney General**
**P. O. Box 94005**
**Baton Rouge, LA 70804**
**(225) 326-6000**
**Counsel for: Plaintiff/Appellee**
**State of Louisiana**

**Paula C. Marx**
**Louisiana Appellate Project**
**P. O. Box 80006**
**Lafayette, LA 70598-0006**
**(337) 991-9757**
**Counsel for: Defendant/Appellant**
**Carl Adrian Marzette**

**Richard A. Morton**
**Assistant District Attorney**
**P. O. Box 99**
**DeRidder, LA 70634-0000**
**(337) 463-5578**
**Counsel for: Plaintiff/Appellee**
**State of Louisiana**

**Carl Adrian Marzette**
**Beauregard Parish Prison**
**412 Mayeaux Drive**
**DeRidder, LA 70634-5009**
**Counsel for: Defendant/Appellant**